Case No. 23-3627

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al.,
Plaintiffs-Appellants,

v.

BUREAU OF LAND MANAGEMENT, et al.,
Defendants-Appellees,

and

CONOCOPHILLIPS ALASKA, INC., et al.,
Intervenor-Defendants-Appellees.

---

On Appeal from the United States District Court
for the District of Alaska

Case No: 3:23-cv-00058-SLG

---

# EMERGENCY MOTION UNDER CIRCUIT RULE 27-3

**(RELIEF REQUESTED BY DECEMBER 20, 2023)**

---

Bridget Psarianos (AK Bar No. 1705025)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503

Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org

*Counsel for Plaintiffs-Appellants*

CIRCUIT RULE 27-3 CERTIFICATION

I, Bridget Psarianos, certify the following facts to be true, pursuant to Circuit Rule 27-3(a):

1. I am an attorney for Plaintiffs-Appellants Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Environment America, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society (collectively SILA). I have personal knowledge of the matters stated herein and, if called as a witness, could competently testify thereto. I submit this declaration in support of Appellants' Emergency Motion Under Circuit Rule 27-3 for a Stay Pending Appeal.

2. The following are the telephone numbers, e-mail addresses, and office addresses of the parties' attorneys:

Bridget Psarianos
Suzanne Bostrom
Brook Brisson
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
sbostrom@trustees.org
bbrisson@trustees.org

Counsel for Plaintiffs-Appellants

Paul Turcke
ENVIRONMENT & NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994
paul.turcke@usdoj.gov

Amy Collier
ENVIRONMENT & NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE
Post Office Box 7415
Washington, D.C. 20044
(202) 305-5360
amy.collier@usdoj.gov

Counsel for Defendants-Appellees

Ryan P. Steen
Jason T. Morgan
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
ryan.steen@stoel.com
jason.morgan@stoel.com

Whitney A. Brown
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
whitney.brown@stoel.com

Counsel for ConocoPhillips Alaska, Inc., Defendant-Intervenor-Appellee

Stacey Bosshardt
Eric Fjelstad
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202-654-6200
SBosshardt@perkinscoie.com
EFjelstad@perkinscoie.com

Counsel for Arctic Slope Regional Corporation, Defendant-Intervenor-Appellee

Tyson C. Kade
Jonathan D. Simon
Melinda L. Meade Meyers
Charlene Koski
VAN NESS FELDMAN, LLP
1050 Thomas Jefferson Street,
NW Washington, DC 20007
Telephone: 202-298-1800
tck@vnf.com
jxs@vnf.com
mmeademeyers@vnf.com
cbk@vnf.com

Counsel for North Slope Borough, Defendant-Intervenor-Appellee

Patrick W. Munson
Brooks W. Chandler
Charles A. Cacciola
Kody P. George
CHANDLER, FALCONER, MUNSON & CACCIOLA, LLP
911 W. 8th Avenue, Suite 302,
Anchorage, AK 99501
Telephone: 907-272-8401

Counsel for Kuukpik Corporation, Defendant-Intervenor-Appellee

Mary Hunter Gramling
STATE OF ALASKA, DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811
Telephone: 907-465-3600
Mary.gramling@alaska.gov

Counsel for the State of Alaska, Defendant-Intervenor-Appellee

3. SILA respectfully requests an emergency injunction pending appeal to halt all construction activities associated with the Willow Master Development Plan project ("Willow"), which includes gravel mining and building approximately 7–8 miles of gravel roads, an airstrip, one 30+-acre gravel operations center pad and one 22+-acre central processing facility pad, bridge construction, and construction of miles of pipelines in Arctic wetlands in an area used for subsistence and recreation. Ex. 30 ¶ 9; Ex. 31 ¶ 6. Gravel mining activities alone would permanently alter approximately 74 acres of wetlands. Ex. 31 ¶ 13. A very limited amount of gravel mining and road construction activities in furtherance of the project occurred last winter and was limited to a roughly three-week period. Ex. 31 ¶ 5. ConocoPhillips has indicated that this year's ground-disturbing activities will recommence beginning on December 21, 2023 (weather permitting) and extend into the spring and summer. While ConocoPhillips' construction activities would occur for approximately 4 months this season, the gravel infrastructure being constructed would be in place for at least the 50-year project life. Once that

infrastructure and gravel is in place, the damage will be irreversible. The permanent placement of that oil and gas infrastructure will cause irreparable harm to SILA.

4. On March 14, 2023, SILA filed a lawsuit against the U.S. Bureau of Land Management (BLM), U.S. Fish and Wildlife Service, and the U.S. Department of the Interior challenging their approvals of Willow. The merits of the case were resolved via a motion for summary judgment. On November 9, 2023, the District Court denied the motion and entered judgment. Ex. 24. SILA appealed. Ex. 26. SILA also notified all counsel of record by email of SILA's intent to file a Motion for Injunction Pending Appeal with the District Court. Federal Defendants and Defendant-Intervenors opposed SILA's Motion for an Injunction Pending Appeal. SILA filed the motion in the District Court on November 15, 2023, seeking expedited consideration and a decision by November 29. Ex. 10. The District Court entered a scheduling order indicating it would endeavor to rule by December 4, 2023. Ex. 29. On December 1, 2023, the District Court denied the Motion for an Injunction Pending Appeal. Ex. 32. SILA filed this motion as soon as possible after the District Court ruled on its Motion for an Injunction Pending Appeal. Fed. R. App. P. 8(a)(1).

5. Federal Defendants-Appellees and Defendant-Intervenors-Appellees

oppose this motion. Counsel for SILA conferred with counsel in the related case, *Center for Biological Diversity v. Bureau of Land Management*, No. 23-3624, who have filed a motion for reconsideration in the District Court, for which the District Court granted expedited consideration. Counsel for Center for Biological Diversity requested a ruling by tomorrow, December 5, 2023, and have represented to counsel for SILA and the Federal Defendants that they would file their emergency motion with this Court by December 6, 2023, should the District Court deny their motion tomorrow. In light of those considerations, if Center for Biological Diversity files its emergency motion in this Court by December 6, Federal Defendants-Appellees indicated that they do not oppose the following proposed schedule for resolving both emergency motions: Defendants-Appellees file combined response motions no later than 12 p.m., December 12, 2023; Plaintiffs file optional replies no later than December 13, 2023.

6. SILA is compelled to seek emergency relief in this case. If allowed to proceed, construction of Willow's permanent infrastructure and gravel mining to support it will irreparably harm fragile Arctic tundra, permanently alter wetlands, and displace subsistence and recreational use. All grounds advanced in support of this motion were submitted to the District Court.

7. Counsel for ConocoPhillips confirmed that ConocoPhillips is poised

to proceed with winter construction. ConocoPhillips has already begun ice road construction and plans to begin gravel mining and hauling, road construction, and other surface-disturbing construction activities on December 21, 2023, weather permitting. Ex. 27; Ex. 28. Counsel for ConocoPhillips also indicated it would not pause its construction activities pending SILA's appeal and this motion. Ex. 28. A decision on this motion is needed by December 20, 2023, in advance of ConocoPhillips' ground-disturbing activities.

8. On December 4, 2023, counsel for SILA notified the Ninth Circuit Court staff via e-mail of SILA's intent to file an emergency motion seeking an injunction pending appeal in this Court.

9. Counsel for SILA will serve all counsel of record a complete copy of this motion and exhibits via ECF.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 4, 2023

*s/ Bridget Psarianos*
Bridget Psarianos
Attorney for Plaintiffs-Appellants