

VIA CM/ECF

December 16, 2024

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re: *Sovereign Iñupiat for a Living Arctic, et al., v. United States Bureau of Land Management, et al.*; Consolidated Case Nos. 23-3624, 23-3627 (oral argument held Feb. 5, 2023)

Dear Ms. Dwyer:

  Plaintiffs-Appellants Sovereign Iñupiat for a Living Arctic et al. (SILA) file this letter to advise the Court of factual developments relevant to SILA's previously filed renewed motion for an injunction pending appeal, Dkt No. 42.1 in Case No. 23-3627. The Bureau of Land Management recently issued a Notice to Proceed with right-of-way development to ConocoPhillips Alaska Inc., to allow for continued construction of the Willow Development Project during the 2024–25 winter season (enclosed). The permitted activities would result in on-the-ground

harm to SILA's interests, which would be similar and additive to the harms identified in SILA's motion.

                                      Respectfully submitted,

                                      s/ Bridget Psarianos
                                      Bridget Psarianos
                                      bpsarianos@trustees.org

*Attorney for Plaintiffs-Appellees Sovereign Iñupiat for a Living Arctic, Alaska Wilderness League, Environment America, Northern Alaska Environmental Center, Sierra Club, and The Wilderness Society*

Cc: All counsel of record via CM/ECF

enclosure

Attachment: U.S. Department of the Interior, Bureau of Land Management Right-of-Way Notice to Proceed

Form 2800-15
(November 2007)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**RIGHT-OF-WAY NOTICE TO PROCEED**

| Right-of-Way or Temporary Use Permit (TUP) Serial Number |
|---|
| AKAK106233187 |

| Date | Issuing Office |
|---|---|
| 11/22/2024 | Arctic District Office |

| Right-of-Way or TUP name |
|---|
| Willow Right-of-Way |

**Certified/Registered Mail-Return Receipt Requested**

INSTRUCTIONS — Use Certified or Registered Mail or hand deliver. Send or give original to Holder. Distribute other copies as indicated after receipt date.

Holder: ConocoPhillips Alaska Inc.; Connor Dunn, Vice President, Willow

In accordance with the terms and conditions of the above referenced right-of-way grant or TUP you are hereby authorized to proceed with the activities noted below in the locations specified. Map(s) are attached. ☑ Yes ☐ No

| Activity | Location |
|---|---|
| The 2024-2025 construction scope includes the following activities.<br><br>• Gravel mining and hauling from Willow Mine Site Area 1.<br>• Mine Site rehabilitation at Willow Mine Site Area 2.<br>• Gravel placement to construct a lake access road and pad at Lake L9911.<br>• Gravel placement as needed for maintenance of the Willow Access Road.<br>• Installation of VSMs/HSMs between GMT2 and WCF/WOC.<br>• Installation of VSMs/HSMs between GMT1 to GMT2.<br>• Installation of fiber optic cable between L9911 to the WOC.<br>• Installation of power and fiber optic cables from GMT2/MT7 to Lake L9911. | Along the route as specified in Exhibit to Right-of-Way (ROW) AKAK106233187 (attached here).<br><br>Note the requirements of the ROW project Specific Stipulation #1. "During construction of the road, pipeline and facilities, provide the BLM Arctic District office with a weekly activities' summary report. This report shall include all required reports identified below. The report shall be delivered in digital format every Monday to blm_ak_arctic_permitting@blm.gov and dwixon@blm.gov". |

Authorized officer is:

Stephanie Kuhns
_____
(Name)

Manager, Arctic District Manager
_____
(Title)

Onsite inspection and compliance of the Right-of-Way or TUP stipulations will be conducted by the authorized officer's representative.

Ashley Sabatino
_____
(Name of Authorized Officer's Representative)

Arctic District Office, 222 University Avenue, Fairbanks Alaska 99709
_____
(Office, Street Address, City, State, Zip)

(907) 474-2303
_____
(Office Phone Number)

n/a
_____
(Cell Phone Number)

THEODORE INMAN  Digitally signed by THEODORE INMAN
Date: 2024.11.22 12:57:25 -09'00'   Acting for Stephanie Kuhns
_____
(Authorized Officer's or Representative's Signature)

11/22/2024
_____
(Date)

Holders Acknowledgement when notice is delivered in person.

_____
(Signature of Recipient)

Connor Dunn
_____
(Name of Recipient)

ConocoPhillips Alaska, Inc.
_____
(Firm Name)

11/25/2024
_____
(Date)

☐ HOLDER   ☐ CASE FILE